UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-627 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| YEBIO SEMERE, Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant’s failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 13th day of January, 2005.

s/ J Earl Cudd
UNITED STATES MAGISTRATE JUDGE