A0 442 (Rev. 5/93) Warrant for Arrest

# *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MINNESOTA*

UNITED STATES OF AMERICA

V.

Yebio Semere

**WARRANT FOR ARREST**

CASE NUMBER: CV **00-627 JMR/FLN**
0241-0124-0219-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Yebio Semere**
1932 Carl St.
St. Paul, MN 55113

and bring him or her forthwith to the nearest magistrate judge to answer a(n) order of Court charging him or her with failure to appear, pursuant to an Order for Debtor's Examination

Ordered by J. Earl Cudd, United States District Court Magistrate Judge

(By) Deputy Clerk, Deborah D. Bell

January 26, 2001 - Mpls, Minnesota

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

DATE 1-13-05
RETURNED UNEXECUTED Dismissed
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
MAR 23 2005
U.S. DISTRICT COURT MPLS

n:/.../warrant.frm