UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-627 JMR/FLN

UNITED STATES OF AMERICA,
Plaintiff,
v.
YEBIO M. SEMERE,
Defendant.

**RELEASE OF JUDGMENT AND ABSTRACT OF JUDGMENT**

The defendant is deceased and the judgment in the above-entitled action has been written off by the United States Department of Education.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may release and cancel the judgment of record.

AND, the Recorder for the County of Ramsey, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Ramsey County, as Document No. 3328845, in the amount of $8,998.14 plus interest.

Dated: January 4, 2007

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the Plaintiff